IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deborah Anne Conway | CHAPTER 13 |
| _Debtor_ | |
| Nationstar Mortgage LLC | |
| _Movant_ | |
| vs. | NO. 15-18553 SR |
| Deborah Anne Conway | |
| _Debtor_ | |
| Frederick L. Reigle Esq. | 11 U.S.C. Section 362 |
| _Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$4,786.54**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 2016 through July 2016 at $569.40 |
| Fees & Costs Relating to Motion: | $1,026.00 ($850.00 fees plus $176.00 costs) |
| Less Post-Petition Suspense: | $225.26 |
| **Total Post-Petition Arrears** | **$4,786.54** |

2.    Debtor shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 plan to include the post-petition arrears of **$4,786.54** along with the prepetition arrears;

b). Movant shall file an Amended or Supplemental Proof of Claim to include the postpetition arrears of **$4,786.54** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

d). Maintenance of current monthly mortgage payments to Movant thereafter.

3.    Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor

should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default

with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, Movant shall file a Certification of Default

with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to

seek reimbursement of any amounts not included in this stipulation, including fees and costs, due

under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    July 28, 2016         By:    /s/ Joshua I. Goldman, Esquire
                                      Joshua I. Goldman, Esquire
                                      Attorneys for Movant
                                      KML Law Group, P.C.
                                      Main Number: (215) 627-1322


Date:_____

                                      Bradly E Allen  Esquire
                                      Attorney for Debtor

Date:_____ 8/12/16 _____

                                      Frederick L. Reigle Esq.
                                      Chapter 13 Trustee


Approved by the Court this _____ day of _____., 2016. However, the court
retains discretion regarding entry of any further order.


                              _____
                              Bankruptcy Judge
                              Stephen Raslavich