# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Deborah Anne Conway**                                      Case No.  **15-18553/sr**

Debtor(s)                                         Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2016 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the below parties and and to the Trustee:

American InfoSource LP as agent for
DIRECTV, LLC
P. O. Box 51178
Los Angeles, CA 90051-5478

Nationstar Mortgage, LLC
P. O. Box 619096
Dallas, TX 75261-9741

Deborah Conway
3824 Manayunk Ave.
Philadelphia, PA 19128

Joshua Isaac Goldman
on behalf of Nationstar Mortgage, LLC

Frederick Reigle, Chapter 13 Trustee

US Trustee Office

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**