# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Deborah Anne Conway**      Case No.  **15-18553/sr**

Debtor(s)      Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017 a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served by regular United States mail to the below parties and to the Trustee:

American Infosource/as agent for
DirectTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX  75261-9741

Deborah Anne Conway
3824 Manayunk Ave.
Philadelphia, PA 19128

The following parties were served electronically:

Frederick Reigle, Chapter 13 Trustee

US Trustee Office

/s/ Bradly E. Allen, Esquire
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**