## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Deborah Anne Conway            :  Chapter 13

                                      :  NO. 15-18553/sr

## CERTIFICATION OF NO RESPONSE TO
## ATTORNEY'S APPLICATION FOR COMPENSATION

      An Application for Compensation for Bradly E. Allen, debtor's attorney for

Approval of Counsel Fees was filed and Notice of Application was sent on

May 2, 2017 to all creditors who filed Claims and none of the parties served

have filed a Response to Debtor's  Application.

                                      **s/BRADLY E. ALLEN, ESQUIRE**
                                      **BRADLY E. ALLEN,**
                                      **Attorney for Debtor**

Dated: May 30, 2017