## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   DEBORAH ANNE CONWAY

Debtor(s)

Case No.   15-18553/sr

Chapter   13

## ORDER

AND NOW,  this          day of              , 2017    it is hereby ORDERED that Bradly E. Allen is approved compensation in the amount of $2,650.00  plus reimbursement of expenses in the amount of $310.00 for a total of $2,960.00 of which $2,650.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

Dated:  **May 31, 2017**

HONORABLE STEPHEN RASLAVICH
United States Bankruptcy Judge