UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

DEBORAH ANNE CONWAY
                                                  : Bankruptcy No. 15-18553JKF
         Debtor(s)                                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: April 4, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRADLY E ALLEN ESQ
7711 CASTOR AVENUE
PHILADELPHIA PA 19152

DEBORAH ANNE CONWAY
3824 MANAYUNK AVENUE
PHILADELPHIA,PA.19128