United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-18553-jkf
Deborah Anne Conway                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                    Page 1 of 1                     Date Rcvd: Apr 04, 2018
                             Form ID: pdf900                 Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db            +Deborah Anne Conway,    3824 Manayunk Avenue,    Philadelphia, PA 19128-5108
13676733       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13640543      +KML Law Group,    701 Market St., Suite 500,    Philadelphia, PA 19106-1538
13718178     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13640544      +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:40    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:08
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13640542       E-mail/Text: bankruptcynotices@dcicollect.com Apr 05 2018 01:55:50    Direct TV,
                C/O Diversified Consultants,    10550 Deerwood Park Blvd.,    Jacksonville, FL  32256-0596
13640545       E-mail/Text: bankruptcynotices@dcicollect.com Apr 05 2018 01:55:50    Sprint,
                C/O Diversified Consultants,    10550 Deerwood Park Blvd.,    Jacksonville, FL  32256-0596
                                                                                 TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13640541      ##+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste. LL11,    Westbury, NY 11590-5121
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Deborah Anne Conway bealaw@verizon.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

DEBORAH ANNE CONWAY

                                : Bankruptcy No. 15-18553JKF
          Debtor(s)         : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_Jean K. FitzSimon_

Jean K. FitzSimon, B. J.

**Date: April 4, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRADLY E ALLEN ESQ
7711 CASTOR AVENUE
PHILADELPHIA PA 19152

DEBORAH ANNE CONWAY
3824 MANAYUNK AVENUE
PHILADELPHIA,PA.19128